**REDACTED COPY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2016 OCT 26  AM 11: 17
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CAUSE NO.: |
| v. | § § § | **INDICTMENT** |
| CLAUDIA BERNICE HERRERA, DEREK ZAVALA | § § § § § § § | [VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy to Transport Illegal Aliens; COUNT TWO: 8 U.S.C. § 1324(a)(1)(A)(ii)&(B)(i) Illegal Alien Transportation.] |

**DR 16 CR 1440**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about October 2, 2016, in the Western District of Texas, Defendants,

CLAUDIA BERNICE HERRERA,
DEREK ZAVALA,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about October 2, 2016, in the Western District of Texas, Defendants,

CLAUDIA BERNICE HERRERA,
DEREK ZAVALA,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: ELMER ALECIO-MARTINEZ, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

A TRUE BILL

// FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
DANIEL LEE
Assistant United States Attorney

**DR16CR1440**

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>MAVERICK</u>   USAO #: <u>2016R17151</u>

DATE: <u>OCTOBER 26, 2016</u>   MAG. CT. #: <u>DR16-10214M</u>

AUSA: <u>DANIEL LEE</u>

DEFENDANT: <u>CLAUDIA BERNICE HERRERA</u>

CITIZENSHIP: <u>USA</u>

INTERPRETER NEEDED: <u>YES</u>   LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>JACK R. STERN</u>

ADDRESS OF ATTORNEY: <u>525 SOUTH MAIN, SUITE 309, DEL RIO, TEXAS 78840</u>

DEFENDANT IS: <u>DETAINED</u>   DATE OF ARREST: <u>OCTOBER 2, 2016</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - Conspiracy to Transport Illegal Aliens; Counts 2: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - Transportation of Illegal Aliens.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count - 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>

W/DT-CR-3

**DR16CR1440**

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>MAVERICK</u>   USAO #: <u>2016R17151</u>

DATE: <u>OCTOBER 26, 2016</u>   MAG. CT. #: <u>DR16-10214M</u>

AUSA: <u>DANIEL LEE</u>

DEFENDANT: <u>DEREK ZAVALA</u>

CITIZENSHIP: <u>USA</u>

INTERPRETER NEEDED: <u>YES</u>   LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>JEFFREY S. MAHL</u>

ADDRESS OF ATTORNEY: <u>108 LOSOYA, DEL RIO, TEXAS 78840</u>

DEFENDANT IS: <u>DETAINED</u>   DATE OF ARREST: <u>OCTOBER 2, 2016</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - Conspiracy to Transport Illegal Aliens; Counts 2: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - Transportation of Illegal Aliens.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count - 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>

W/DT-CR-3