IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) ) | No.: DR16-CR-1440 (1) |
| | ) | THE HONORABLE ALIA MOSES |
| v. | ) ) | |
| CLAUDIA BERNICE HERRERA | ) ) | |
| Defendant. | ) | |

FILED SEP 11 2017 CLERK, U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY ____ DEPUTY

## ORDER

On this date came on to be considered the Government's Motion for Downward Departure, and the Court having reviewed said motion, finds that said motion should be granted.

IT IS HEREBY ORDERED that the Government's Motion for a __1__ Level Downward Departure, pursuant to Section 5K3.1, in the above entitled and numbered cause be GRANTED.

SIGNED AND ENTERED this __11th__ day of __Sept__, 2017.

ALIA MOSES
United States District Judge